886 A.2d 223

**Kyle RAINEY, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al, Appellees.**

Supreme Court of Pennsylvania.

*Oct. 20, 2005.*

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of October, 2005, the Order of the Commonwealth Court is **AFFIRMED.**